BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
PARKER IBRAHIM & BERG LLP
3070 Bristol Street, Suite 660
Costa Mesa, CA 92626
Tel: (714) 361.9550
Fax: (714) 784.4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOHN HEINNICKEL, JR.,

Plaintiff

v.

NETWORK CAPITAL FUNDING CORPORATION, a Nevada Corporation; JPMORGAN CHASE BANK, N.A., a National Association; and DOES 1-20, Inclusive,

Defendants.

**CASE NO.:** 25-cv-00174-SVK

**DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS**

**[CIVIL L.R. 3-15]**

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

PARKER IBRAHIM & BERG LLC
COSTA MESA

financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

DATED: January 13, 2025

PARKER IBRAHIM & BERG LLP

By: */s/ Bryant S. Delgadillo*
BRYANT S. DELGADILLO
Attorneys for Defendant
JPMORGAN CHASE BANK. N.A.

PARKER IBRAHIM & BERG LLC
COSTA MESA

# PROOF OF SERVICE
# STATE OF CALIFORNIA, COUNTY OF ORANGE

*John Heinnickel, Jr. v. Network Capital Funding Corporation, et al.*

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My address is 3070 Bristol Street, Suite 660, Costa Mesa, CA 92626.

On January 13, 2025, I served the foregoing document **DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES AND PERSONS** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on January 13, 2025, at Costa Mesa, California.

*<u>/s/ Rhonda K. Viers</u>*
Rhonda K. Viers

**SERVICE LIST**

*John Heinnickel, Jr. v. Network Capital Funding Corporation, et al.*

| | |
|---|---|
| Timothy A. Pupach, Esq.<br>Law Offices of Timothy A. Pupach<br>3150 Almaden Expressway, Suite 204<br>San Jose, CA 95118 | ***Attorney for Plaintiff, John Heinnickel, Jr.***<br><br>T: 408.971.9445<br>E: tim@pupachlaw.com |