BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
PARKER IBRAHIM & BERG LLP
3070 Bristol Street, Suite 660
Costa Mesa, CA 92626
Tel: (714) 361.9550
Fax: (714) 784.4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINNICKEL, JR., <br><br> Plaintiff <br><br> v. <br><br> NETWORK CAPITAL FUNDING CORPORATION, a Nevada Corporation; JPMORGAN CHASE BANK, N.A., a National Association; and DOES 1-20, Inclusive, <br><br> Defendants. | **CASE NO.:** 25-cv-00174-SVK <br><br> **REPLY MEMORANDUM RE: NON-RECEIPT OF OPPOSITION TO JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** <br><br><br> Date: February 11, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 6 – 4th Floor <br> Judge: Hon. Susan van Keulen |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant, JPMorgan Chase Bank, N.A. ("Chase") respectfully submits the following Memorandum of Points and Authorities in Reply regarding the failure of

plaintiff John Heinnickel, Jr. ("Plaintiff") to file or serve an opposition to Chase's Motion to Dismiss the First Amended Complaint ("Motion).

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. PLAINTIFF FAILED TO FILE ANY OPPOSITION TO THE MOTION

On January 6, 2025, Chase removed this action to this Court. *See* Docket No. 1. Thereafter, on January 13, 2025, Chase timely filed the Motion pursuant to Fed. R. Civ. Proc., Rule 12(b)(6). *Id.* at No. 7. By way of the Motion, Chase requests dismissal of the claims asserted against it in the First Amended Complaint.

Pursuant to Local Civil Rule 7-3, any opposition to the Motion was due not more than 14 days after the Motion was filed. Civil L.R. 7-3. Thus, Plaintiff's opposition, if any, was required to be filed and served by January 27, 2025. Plaintiff failed to file any opposition to the Motion by that date. In fact, as of the filing of this reply (February 3, 2025), Plaintiff has still failed to file any opposition or otherwise respond to Chase's Motion. *See* Docket, generally.

Accordingly, Chase respectfully requests that the Court decline to review any belated opposition, and further that the Court consider the failure of Plaintiff to timely oppose the Motion as an inference that the Motion is meritorious, should be granted in its entirety and that this action be dismissed, with prejudice, as to Chase. *See Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) (failure to file an opposition to a motion to dismiss in violation of a local rule is a proper ground to grant the motion).

DATED: February 3, 2025            PARKER IBRAHIM & BERG LLP


                                   By: */s/ Bryant S. Delgadillo*
                                       BRYANT S. DELGADILLO
                                       Attorneys for Defendant
                                       JPMORGAN CHASE BANK, N.A.

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

*John Heinnickel, Jr. v. Network Capital Funding Corporation, et al.*

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My address is 3070 Bristol Street, Suite 660, Costa Mesa, CA 92626.

On February 3, 2025, I served the foregoing document **REPLY MEMORANDUM RE: NON-RECEIPT OF OPPOSITION TO JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.
**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 3, 2025, at Costa Mesa, California.

*/s/ Rhonda K. Viers*
Rhonda K. Viers

# SERVICE LIST

*John Heinnickel, Jr. v. Network Capital Funding Corporation, et al.*

| | |
|---|---|
| Timothy A. Pupach, Esq.<br>Law Offices of Timothy A. Pupach<br>3150 Almaden Expressway, Suite 204<br>San Jose, CA 95118 | ***Attorney for Plaintiff, John Heinnickel, Jr.***<br><br>T:  408.971.9445<br>E:  tim@pupachlaw.com |