UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINNICKEL, JR., <br><br> Plaintiff, <br><br> v. <br><br> NETWORK CAPITAL FUNDING CORPORATION, et al., <br><br> Defendants. | Case No. 25-cv-00174-PCP <br><br> **ORDER TO SHOW CAUSE** |

This case was removed from state to federal court on January 6, 2025. Dkt. No. 1. Since removal, plaintiff Heinnickel has made no filings. On January 13, 2025, defendant JPMorgan Chase filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Dkt No. 7. Plaintiff has not responded to the motion to dismiss, and JPMorgan Chase filed a reply noting plaintiff's failure to respond by the deadline. Dkt. No. 11.

Pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to prosecute or comply with a court order. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir. 1991). But such a dismissal should only be ordered when the failure to comply is unreasonable. *See id.* A district court should afford the litigant prior notice of its intention to dismiss. *See Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987). Plaintiff Heinnickel is therefore ordered to show cause why this action should not be dismissed for failure to prosecute. Plaintiff's response must be filed by March 5, 2025. Further, the clerk of court is ordered to vacate the motion to dismiss hearing until further notice.

**IT IS SO ORDERED.**

Dated: February 5, 2025

_____
P. Casey Pitts
United States District Judge