ALLISON CECCHINI ERGGELET (SBN 340533)
ELIZABETH L. HURWITZ (SBN 278846)
**ACE CALIFORNIA LAW PC**
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Phone: 510-681-0955
Email: ace@acecalifornialaw.com
          beth@acecalifornialaw.com

Attorneys for Plaintiff John Heinnickel, Jr.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINNICKEL, JR.,<br><br>  Plaintiff,<br><br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION, et al.,<br><br>  Defendants. | Case No.: 5:25-cv-00174-PCP<br><br>**PLAINTIFF JOHN HEINNICKEL, JR.'S NOTICE OF MOTION AND MOTION TO VACATE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**<br><br>*Filed Concurrently With:*<br>1. Memorandum of Points and Authorities;<br>2. Declaration of John Heinnickel, Jr.; and<br>3. Proposed Order<br><br>Date: January 8, 2026<br>Time: 10:00 A.M.<br>Courtroom: 8 – 4th Floor<br>Judge: Hon. P. Casey Pitts |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on January 8, 2026, at 10:00 A.M., or as soon thereafter as counsel may be heard before the Honorable Judge P. Casey Pitts, in Courtroom 8, of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, Plaintiff JOHN HEINNICKEL, JR., (the

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

NOTICE OF MOTION AND MOTION TO VACATE JUDGMENT
1

"Plaintiff") will and hereby does move for an order vacating this Court's March 14, 2025 Judgment, which entered dismissal of this action for failure to prosecute, and reopening the case for further proceedings on the merits.

This Motion is made pursuant to Federal Rule of Civil Procedure 60(b) on the grounds that: (1) the judgment resulted from mistake, inadvertence, or excusable neglect attributable to Plaintiff's former counsel; (2) Plaintiff was not notified of the Order to Show Cause or dismissal proceedings and exercised reasonable diligence in pursuing his claims; and (3) relief is warranted to prevent manifest injustice, as Plaintiff's underlying claims are meritorious and were dismissed without consideration on their merits.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of John Heinnickel, Jr., and exhibits to those declarations, together with all pleadings and records on file in this action, all matters of which the Court may take judicial notice, and such further oral and documentary evidence as may be presented.

Dated: November 26, 2025     **ACE CALIFORNIA LAW PC**

_[signature]_
Allison C. Erggelet
Attorneys for Plaintiff John Heinnickel, Jr.

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com