ALLISON CECCHINI ERGGELET (SBN 340533)
ELIZABETH L. HURWITZ (SBN 278846)
**ACE CALIFORNIA LAW PC**
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Phone: 510-681-0955
Email: ace@acecalifornialaw.com
       beth@acecalifornialaw.com

Attorneys for Plaintiff John Heinnickel, Jr.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINNICKEL, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION, et al.,<br><br>    Defendants. | Case No.: 5:25-cv-00174-PCP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JOHN HEINNICKEL, JR.'S MOTION TO VACATE JUDGMENT**<br><br>*Filed Concurrently With:*<br>  1. Notice of Motion & Motion;<br>  2. Memorandum of Points and Authorities; and<br>  3. Declaration of John Heinnickel, Jr.<br><br>Date: January 8, 2026<br>Time: 10:00 A.M.<br>Courtroom: 8 – 4th Floor<br>Judge: Hon. P. Casey Pitts |

**TO ALL PARTIES AND THEIR COUNSEL:**

    Plaintiff John Heinnickel, Jr.'s Motion to Vacate Judgment Pursuant to Federal Rule of Civil Procedure 60(b) came on for hearing before this Court on December 18, 2025.

    Appearances were made by counsel for Plaintiff, Allison Cecchini Erggelet of ACE California Law, and by counsel for Defendant _____ by _____.

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

[PROPOSED] ORDER GRANTING MOTION TO VACATE JUDGMENT
1

Proper notice having been given for appearances, and good cause appearing, the Court, after consideration of all papers filed in support of and in opposition to the motion, and after hearing argument

**IT IS HEREBY ORDERED:**

1. Plaintiff John Heinnickel, Jr.'s Motion to Vacate Judgment is GRANTED.
2. The Judgment entered on March 14, 2025 is hereby VACATED.
3. The Clerk of Court is directed to REOPEN this case.
4. Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss shall be restored to the active docket, and a new briefing schedule will be set by further order of the Court.

**IT IS SO ORDERED.**

Dated: _____, 2025.

_____
Judge of the Northern District Court

ACE California Law PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

[PROPOSED] ORDER GRANTING MOTION TO VACATE JUDGMENT
2