BRYANT S. DELGADILLO (CA Bar No. 208361)
bryant.delgadillo@piblaw.com
PARKER IBRAHIM & BERG LLP
3070 Bristol Street, Suite 660
Costa Mesa, CA 92626
Tel:  (714) 361.9550
Fax: (714) 784.4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINNICKEL, JR.,<br><br>Plaintiff<br><br>v.<br><br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada Corporation; JPMORGAN CHASE BANK, N.A., a National Association; and DOES 1-20, Inclusive,<br><br>Defendants. | **CASE NO.:** 25-cv-00174-PCP<br><br>**NOTICE OF HEARING ON JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>**Date:**　　**April 30, 2026**<br>**Time:**　　**10:00 a.m.**<br>**Courtroom: 8 – 4th Floor**<br>**Judge:**　　**Hon. P. Casey Pitts** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the hearing on defendant, JPMorgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss the First Amended Complaint ("FAC") [docket no. 7] filed by John Heinnickel, Jr. ("Plaintiff") is hereby reset for hearing on

1

**NOTICE OF HEARING ON MOTION TO DISMISS**

April 30, 2026, at 10:00 a.m., in Courtroom 8 – 4th Floor, of the above-entitled court.

DATED:  February 24, 2026          PARKER IBRAHIM & BERG LLP


By:  /s/ Bryant S. Delgadillo
       BRYANT S. DELGADILLO
       Attorneys for  Defendant
       JPMORGAN CHASE BANK, N.A.

**NOTICE OF HEARING ON MOTION TO DISMISS**

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

*John Heinnickel, Jr. v. Network Capital Funding Corporation, et al.*

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My address is 3070 Bristol Street, Suite 660, Costa Mesa, CA 92626.

On February 24, 2026, I served the foregoing document **NOTICE OF HEARING ON JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

☐ **BY REGULAR MAIL:** I deposited the sealed envelope with the United States Postal Service with the Postage fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** With the envelope deposited with FedEx and delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I served the foregoing document by electronic mail to the email address(es) listed on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 24, 2026, at Costa Mesa, California.

*/s/ Rhonda K. Viers*
Rhonda K. Viers

1
**PROOF OF SERVICE**

5459320.1

# SERVICE LIST

*John Heinnickel, Jr. v. Network Capital Funding Corporation, et al.*

Timothy A. Pupach, Esq.                     T:  408.971.9445
Law Offices of Timothy A. Pupach            E:  tim@pupachlaw.com
3150 Almaden Expressway, Suite 204
San Jose, CA 95118


Allison Cecchini Erggelet, Esq.             T:  510.681.0955
Elizabeth L. Hurwitz, Esq.                  E:  ace@acecalifornialaw.com
ACE CALIFORNIA LAW PC                           yolanda@acecalifornialaw.com
125 W Richmond Ave., Suite C
Point Richmond, CA 94801

2
**PROOF OF SERVICE**

5459320.1