ALLISON CECCHINI ERGGELET (SBN 340533)
ELIZABETH L. HURWITZ (SBN 278846)
**ACE CALIFORNIA LAW**
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Phone: 510-681-0955
Email: ace@acecalifornialaw.com
beth@acecalifornialaw.com

Attorneys for Plaintiff John Heinnickel, Jr.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINNICKEL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada Corporation; JPMORGAN CHASE BANK, N.A., a National Association; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00174-PCP<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

ACE California Law PC, located at 125 W. Richmond Ave., Suite C, Point Richmond, CA 94801 hereby provides this Notice of Change of Handling Attorney to the Court and requests that the Court take notice and change within firm representation as follows:

ACE California Law PC has made an appearance in the above-entitled action, and Allison Cecchini Erggelet is the current counsel of record. I request to be replaced as counsel of record and primary handling attorney for the Party on behalf of the above-named attorney has appeared and further request that the Court remove the above-named attorney from the Court's service list. Please address all further correspondence, notices, pleadings, discovery, and writings to Elizabeth L. Hurwitz.

Furthermore, pursuant to California Code of Civil Procedure §1016.6, any and all documents that may be served by mail, express mail, overnight delivery, or facsimile transmission should be emailed to the following addresses: beth@acecalifornialaw.com; yolanda@acecalifornialaw.com.

Dated: July 28, 2026

**ACE CALIFORNIA LAW PC**

/s/Elizabeth L. Hurwitz

Elizabeth L. Hurwitz
Allison Cecchini Erggelet
Attorneys for Plaintiff John Heinnickel, Jr.

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

**PROOF OF SERVICE**

| | |
|---|---|
| Re: | Heinnickle v. Network Capital Funding Corp., et al. |
| Court: | Northern District of California Case No.:5:25-cv-00174-PCP |
| Represents: | John Heinnickel |

I declare that I am over the age of 18, not a party to the above-entitled action; I am an employee of ACE California Law PC whose business address is 125 W Richmond Ave., Suite C, Point Richmond, CA 94801.

On **July 28, 2026**, I served the following document(s) in the following manner(s):

**NOTICE OF CHANGE OF HANDLING ATTORNEY**

☐ **MAIL:** By placing the document(s) listed below in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐ **ELECTRONIC MAIL:** by causing the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **ELECTRONIC SERVICE:** Via Pacer service

**See Pacer email/notice**

| | |
|---|---|
| Mr. Bryant Delgadillo<br>PIB Law<br>3070 Bristol Street<br>Costa Mesa, CA 92626<br>Telephone: 714-361-9622<br>Email: bryant.delgadillo@piblaw.com<br>Attorney for JPMorgan Chase Bank, N.A. | |

☒ I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

DATED: July 28, 2026

Maria Yolanda Lepe