ALLISON CECCHINI ERGGELET (SBN 340533)
ELIZABETH L. HURWITZ (SBN 278846)
**ACE CALIFORNIA LAW PC**
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Phone: 510-681-0955
Email: ace@acecalifornialaw.com
beth@acecalifornialaw.com

Attorneys for Plaintiff John Heinnickel, Jr.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEINNICKEL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada Corporation; JPMORGAN CHASE BANK, N.A., a National Association; and DOES 1-20, Inclusive,<br><br>Defendants. | Case No.: 25-cv-00174-PCP<br><br>**ADMINISTRATIVE MOTION TO PERMIT PLAINTIFF'S COUNSEL TO APPEAR REMOTELY AT SEPTEMBER 3, 2026 STATUS CONFERENCE AND [PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff John Heinnickel, Jr., through his counsel of record, and Defendants, through their respective counsel of record, hereby jointly request that the Court permit Plaintiff's counsel, Elizabeth L. Hurwitz, to appear remotely by Zoom at the Status Conference presently scheduled for September 3, 2026 at 1:00 p.m.

Good cause exists for the requested remote appearance. Ms. Hurwitz recently underwent wrist surgery last week and is presently recovering from that procedure. Counsel resides and works in the Benicia area, and traveling by automobile from Benicia to the San Jose courthouse while recovering from surgery with one functioning hand would impose an unnecessary physical burden.

Allowing Ms. Hurwitz to appear remotely would permit Plaintiff to participate fully through counsel while avoiding unnecessary strain during counsel's postoperative recovery. The requested accommodation will not delay the proceedings or otherwise prejudice any party.

Judge Pitts's Standing Order permits requests for remote appearances upon a showing of good cause, including circumstances involving burdensome travel or mobility limitations. Accordingly, the parties respectfully request that the Court permit Ms. Hurwitz to appear remotely by Zoom for the September 3, 2026 Status Conference.

Plaintiff's counsel understand that the Court retains discretion regarding whether to permit a remote appearance and that, if the request is granted, counsel will comply with all instructions provided by the Court regarding remote participation.

Dated: August 28, 2026

**ACE CALIFORNIA LAW PC**

*/s/Elizabeth L. Hurwitz*

____________________________________

Elizabeth L. Hurwitz
Allison Cecchini Erggelet
Attorneys for Plaintiff John Heinnickel, Jr.

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO PERMIT REMOTE APPEARANCE**

The Court, having considered the parties' Joint Administrative Motion to Permit Plaintiff's Counsel to Appear Remotely at the September 3, 2026 Status Conference, and good cause appearing, hereby GRANTS the request.

Plaintiff's counsel, Elizabeth L. Hurwitz, is permitted to appear remotely by Zoom at the Status Conference scheduled for September 3, 2026 at 1:00 p.m.

Counsel shall comply with all instructions issued by the Court regarding participation in the remote proceeding.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. P. CASEY PITTS
United States District Judge

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

## PROOF OF SERVICE

| | |
|---|---|
| Re: | Heinnickle v. Network Capital Funding Corp., et al. |
| Court: | Northern District of California Case No.:5:25-cv-00174-PCP |
| Represents: | John Heinnickel |

I declare that I am over the age of 18, not a party to the above-entitled action; I am an employee of ACE California Law PC whose business address is 125 W Richmond Ave., Suite C, Point Richmond, CA 94801.

On **August 28, 2026**, I served the following document(s) in the following manner(s):

**ADMINISTRATIVE MOTION TO PERMIT PLAINTIFF'S COUNSEL TO APPEAR REMOTELY AT SEPTEMBER 3, 2026 STATUS CONFERENCE**

☐ **MAIL:** By placing the document(s) listed below in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐ **ELECTRONIC MAIL:** by causing the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **ELECTRONIC SERVICE:** Via Pacer service

**See Pacer email/notice**

| | |
|---|---|
| Mr. Bryant Delgadillo<br>PIB Law<br>3070 Bristol Street<br>Costa Mesa, CA 92626<br>Telephone: 714-361-9622<br>Email: bryant.delgadillo@piblaw.com<br>Attorney for JPMorgan Chase Bank, N.A. | Benjamin Lloyd Price<br>BREMER WHYTE BROWN & O'MEARA<br>20320 SW Birch St Fl 2<br>Newport Beach, CA 92660<br>Telephone: 949-221-1000<br>Email: bprice@bremerwhyte.com<br>Attorneys for Network Capital Funding Corporation |

☒ I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

DATED: August 28, 2026

Maria Yolanda Lepe