ALLISON CECCHINI ERGGELET (SBN 340533)
ELIZABETH L. HURWITZ (SBN 2788467)
**ACE CALIFORNIA LAW PC**
125 W Richmond Ave, Suite C
Point Richmond, CA 94801
Phone: 510-681-0955
Email: ace@acecalifornialaw.com
beth@acecalifornialaw.com
Attorneys for JOHN HEINNICKEL, JR.

BRYANT S. DELGADILLO (SBN 208361)
**PARKER IBRAHIM & BERG LLP**
3070 Bristol Street, Suite 660
Costa Mesa, CA 92626
Tel: (714) 361.9550
Fax: (714) 784.4190
Email: bryant.delgadillo@piblaw.com
Attorneys for Defendant JPMORGAN CHASE BANK, N.A.

BENJAMIN LLOYD PRICE
**BREMER WHYTE BROWN & O'MEARA**
20320 SW Birch St Fl 2
Newport Beach, CA 92660
Telephone: 949-221-1000
Email: bprice@bremerwhyte.com
Attorneys for NETWORK CAPITAL FUNDING CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN HEINNICKEL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada Corporation; JPMORGAN CHASE BANK, N.A., a National Association; and DOES 1-20, Inclusive,<br>Defendants. | Case No.: 5:25-cv-00174-PCP<br><br>**AMENDED JOINT STATUS UPDATE** |

## AMENDED JOINT STATUS UPDATE

1. Plaintiff John Heinnickel, Jr. ("Plaintiff"), Defendant JPMorgan Chase Bank, N.A. ("Chase"), and Defendant Network Capital Funding Corporation ("Network Capital"), by and through their respective counsel, hereby submit this Amended Joint Status Update pursuant to the Court's July 24, 2026 Order in advance of the status conference scheduled for September 3, 2026.

## I. PROCEDURAL HISTORY

2. Plaintiff originally commenced this action in the Santa Clara County Superior Court, Case No. 22CV403725. On January 6, 2025, Chase removed the action to the United States District Court for the Northern District of California. The action was initially assigned to Magistrate Judge Susan van Keulen and was subsequently reassigned to the Honorable P. Casey Pitts on February 4, 2025.

3. On January 13, 2025, Chase filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Thereafter, on February 5, 2025, the Court issued an Order to Show Cause, and on March 12, 2025, the Court dismissed the action for failure to prosecute. Judgment was entered on March 14, 2025.

4. On November 26, 2025, Plaintiff filed a Motion to Vacate the Judgment. On February 10, 2026, the Court granted Plaintiff's Motion to Vacate Judgment and reopened the case. Plaintiff thereafter filed an opposition to Chase's Motion to Dismiss on March 10, 2026, and Chase filed its reply on March 24, 2026.

5. On July 24, 2026, the Court granted Chase's Motion to Dismiss and granted Plaintiff leave to file an amended complaint by August 28, 2026. On the same date, the Court ordered the parties to appear for a status conference on September 3, 2026 at 1:00 p.m. and to submit a joint status update by August 27, 2026.

6. On July 28, 2026, Plaintiff filed a Notice of Change of Handling Attorney. On August 7, 2026, attorney Benjamin Lloyd Price appeared on behalf of Defendant Network Capital.

## II. STATUS OF THE PLEADINGS

7. The operative complaint was dismissed As to Chase pursuant to the Court's July 24, 2026 Order, with leave to amend. Plaintiff does not intend to file an amended complaint on or before the Court-ordered deadline of August 28, 2026.

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

**Plaintiff's Position:**

8. Plaintiff does not intend to amend the complaint.

**Chase's Position:**

9.

**Network Capital's Position:**

10. Network Capital was served with the original Complaint in Santa Clara Superior Court. At that time, Network Capital's attorney was unaware that Chase had already filed a notice of removal to the United States District Court for the Northern District of California. Network Capital was never served with that notice. When Network Capital subsequently attempted to file a demurrer in state court, the filing was rejected for lack of jurisdiction, which is how Network Capital first learned the action had been removed.

11. Network Capital was not served with Chase's Motion to Dismiss in this Court or with any papers related to it. Network Capital considered the matter closed at that point.

12. Network Capital was also not served with Plaintiff's subsequent Motion to Vacate the Judgment of dismissal, nor with any of the papers underlying the Court's Orders granting that Motion and then granting Chase's Motion to Dismiss as to the claims against Chase. Network Capital's counsel learned of these developments on August 5, 2026 after Network Capital was mailed a copy of the Amended Complaint in the state court proceeding and a notice of change of handling attorney in this case.

13. Given the above, Network Capital's counsel asks that its office be added to the service list for all future filings in this matter. Network Capital's attorneys promptly filed a notice of appearance on August 7, 2026 on Network Capital's behalf.

## III. STATUS OF THE PARTIES

14. Plaintiff John Heinnickel, Jr. is represented by Allison Cecchini Erggelet of ACE California Law PC.

15. Defendant JPMorgan Chase Bank, N.A. is represented by Bryant Steven Delgadillo of Parker Ibrahim & Berg LLP.

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

16. Defendant Network Capital Funding Corporation is represented by Benjamin Lloyd Price of Bremer Whyte Brown & O'Meara, LLP. Network Capital first appeared in this action on August 7, 2026.

17. At this time, the appearing parties are Plaintiff, Chase, and Network Capital.

## IV. DISCOVERY

18. Because the case was previously dismissed and was not reopened until February 10, 2026, and because the sufficiency of the pleadings remained at issue through Chase's Motion to Dismiss, the parties have not yet completed substantive discovery in this action.

19. Plaintiff does not intend to file an amended complaint and will proceed on the existing complaint. The parties anticipate conducting discovery concerning, among other matters, the origination and funding of the January 2022 refinance loan; Plaintiff's alleged notices of rescission; communications between Plaintiff and Network Capital regarding the purported rescission; Chase's acquisition and servicing of the loan; foreclosure-related activity; Plaintiff's payoff of the loan; and Plaintiff's alleged damages.

20. The parties will meet and confer regarding an appropriate discovery schedule and the scope and timing of discovery in light of the current posture of the pleadings.

## V. ADR AND SETTLEMENT

21. The parties have not yet engaged in substantive settlement discussions. Given the current posture of the case, the parties believe settlement discussions may be more productive after the parties have had an opportunity to conduct sufficient discovery to better evaluate the claims, defenses, and potential damages.

22. The parties are willing to meet and confer regarding mediation or another form of alternative dispute resolution at an appropriate stage of the litigation.

## VI. PROPOSED NEXT STEPS AND SCHEDULING

23. In light of the Court's July 24, 2026 Order, Plaintiff will not file an amended complaint.

24. Because the pleadings are not yet settled, the parties believe that deadlines for fact discovery, expert discovery, dispositive motions, pretrial proceedings, and trial should be set after Defendants

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

have responded to the amended complaint and the Court has resolved any further pleading challenges.

25. Alternatively, should the Court wish to set deadlines at the September 3, 2026 status conference, the parties are prepared to discuss an appropriate case schedule at that time.

**VII. ISSUES FOR THE SEPTEMBER 3, 2026 STATUS CONFERENCE**

The parties anticipate that the following matters may be addressed at the status conference:

1. The status of Plaintiff's amended complaint and Defendants' anticipated responses;
2. Whether any additional motion practice is anticipated;
3. The timing of initial disclosures and commencement of discovery;
4. ADR and settlement;
5. Deadlines for fact and expert discovery;
6. Dispositive motion deadlines; and
7. Pretrial and trial scheduling.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

## VIII. CONCLUSION

26. The parties respectfully submit this Amended Joint Status Update pursuant to the Court's July 24, 2026 Order and will appear for the status conference on September 3, 2026 at 1:00 p.m.

Dated: September 1, 2026 **ACE CALIFORNIA LAW PC**

Elizabeth L. Hurwitz
Elizabeth L. Hurwitz
Attorneys for Plaintiffs John Heinnickel, Jr.

Dated: September 1, 2026 **BREMER WHYTE BROWN & O'MEARA**

*/s/ Benjamin L. Price*
Benjamin L. Price
Attorneys for Defendant Network Capital Funding Corporation

ACE CALIFORNIA LAW PC
125 W Richmond Ave., Suite C
Point Richmond, CA 94801
Telephone: (510) 681-0955
Email: ace@acecalifornialaw.com

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 20320 S.W. Birch Street, Second Floor, Newport Beach, California 92660. My business e-mail address is sgomez@bremerwhyte.com.

On September 1, 2026, I served the within document(s) described as:

AMENDED JOINT STATUS UPDATE

on the interested parties in this action as stated on the attached mailing list.

☒ (BY ELECTRONIC SERVICE) Complying with Code of Civil Procedure § 1010, I caused such document(s) to be Electronically Filed and Served through the CM/ECF_for the above-entitled case. Upon completion of transmission of said document(s), a filing receipt is issued to the filing party acknowledging receipt, filing and service by CM/ECF's system. A copy of the CM/ECF filing receipt page will be maintained with the original document(s) in our office.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 1, 2026, at Newport Beach, California.

I declare under penalty of perjury that the foregoing is true and correct.

| Sandra Gomez | [signature] |
|---|---|
| (Type or print name) | (Signature) |



BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

**John Heinnickel, Jr. vs. Network Capital Funding Corporation, et al.**

**Case No. 5:25-cv-00174-PCP**

**BWB&O CLIENT: Network Capital Funding Corporation**
**BWB&O FILE NO.: 3406.032**

**SERVICE LIST**

| | |
|---|---|
| Allison Cecchini Erggelet, Esq.<br>Elizabeth L. Hurwitz, Esq.<br>ACE CALIFORNIA LAW<br>125 W Richmond Ave., Suite C<br>Point Richmond, CA 94801<br><br>Tel: (510) 681-0955<br>Email: ace@acecalifornialaw.com<br>beth@acecalifornialaw.com<br><br>Attorneys for Plaintiff, JOHN HEINNICKEL, JR. | Bryant Delgadillo, Esq.<br>PIB Law<br>3070 Bristol Street<br>Costa Mesa, CA 92626<br><br>Tel: (714) 361-9622<br>Email: Bryant.delgadillo@piblaw.com<br><br>Attorney for Defendant, JPMORGAN CHASE BANK, N.A. |



BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000