# EXHIBIT C

# Track

SENDTELEGRAM.COM > TRACK

# Track Your Telegram

Your tracking number

Track Now

## Telegram Details

Your telegram has been submitted already

- If you experienced problems with your credit card payment, please re-try here. You may wish to try a different payment processor this time.
- If you already paid but would like to change something in your telegram, please let us know the changes by replying to the e-mail receipt.
- If you wish to make a new submission, please press SEND NOW at the top of the page.

## Your tracking number: 941734

**Date:** 2022-01-20 14:54:00

**Country:** USA

**Price:** $53

Privacy - Terms

| ate | Status | Comment |
|---|---|---|
| 022-01-20 14:54 | Submited | |
| 022-01-21 12:48 | DELIVERED TO RECEPTION | |

© 1995-2017 SendTelegram.com – FCC Registration FRN0025305764