# EXHIBIT D

# Telegram Order # 22551852

## Telegram details:

**Order date:** 2022-01-21 02:22 EST
**Destination:** IRVINE, CA / USA
**Service:** First Class PRIORITY Telegram

## Delivery estimation:

Same business day contract cancellation.

## Completed

Great news! Your order is completed. The telegram was received at its destination.

### Details

Cancellation notification delivered on 1/21/2022 12:13 pm
Signed for by: Signature Release on file
Delivery depot: IRVINE, CA
Confirmation copy delivered on Mon, 1/24/2022 10:12 am
Contract cancellation time: 2022-01-21 02:22 EST
**You have ordered a proof of delivery with a certified telegram copy. Please allow up to 10 business days to receive these documents by mail.**

© International Telegram, All rights reserved.